AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
#### Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>146 Split Rail Road, Carthage, NC 28327, to include<br>outbuildings located on the property | )<br>)<br>)    Case No.  1:25MJ 315<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before August 25, 2025 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Joi Elizabeth Peake_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: August 11, 2025 2:04 pm

City and state:     Winston-Salem, North Carolina

*Judge's signature*

Joi Elizabeth Peake, United States Magistrate Judge
*Printed name and title*

## Return

| Case No.: 1:25MJ_____ | Date and time warrant executed: 8-12-25  0615 | Copy of warrant and inventory left with: Lile PachoMowa |
|---|---|---|

Inventory made in the presence of:
CPT R. Morgan, TFO King, TFO Winstead, USMS

Inventory of the property taken and name(s) of any person(s) seized:
- Plastic bag Containing M30 pills
- Pyrex glass tube - crystal substance
- Bag containing white pills
- Bag containing orange pills
- Bag containing plant Material
- Bag of white powder
- Digital scale
- Sealed bag w/ pills
- Black container w/ pills
- Rx bottle w/ pills
- Vacuum Sealed bags
- Vacuum sealed bags w/ gold bag
- White bag containing pills
- Plastic bag w/ powder
- Plastic bag w/ orange substance
- Cell phone

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-12-25

_Executing officer's signature_

J. Wicks, USPIS

_Printed name and title_

<u>ATTACHMENT A</u>

*Target Location*

The premises located at **146 Split Rail Road, Carthage, North Carolina 28327 (Target Location),** to include all outbuildings and a gray 2007 Pontiac, NC License Plate: TPT9437 located on the property at the time of execution. The **Target Location** is modular home located on a grey foundation. The **Target Location** has light colored siding with dark colored shutters and a covered wood porch. The front door of the residence faces to the approximate southwest and the numbers "146" are clearly posted on the porch.. A photograph of the **Target Location** building is included herein.



## ATTACHMENT B

### *Property to be seized*

All objects, records, and information relating to violations of Title 21, United States Code, Sections 841(a)(1) and 846 (distribution of controlled substances, possession with the intent to distribute controlled substances, and conspiracy to do the same), Title 21 United States Code Section 856 (maintaining a drug involved premises), and Title 21, United States Code, Sections 960(a) (1) and 963 (attempted importation of a controlled substance) that constitute evidence of a crime, contraband, fruits of crime, other items illegally possessed, or items intended for use or used in committing a crime, and other instrumentalities of those violations, in the form of:

1. Controlled substances, paraphernalia for packaging, cutting, weighing and distributing controlled substances, including, but not limited to, scales, baggies and spoons;

2. Indicia of distribution, records and documents, receipts, notes ledgers and other papers including any computerized or electronic records referencing or revealing the ordering, purchase or possession of controlled substances and/or the laundering of money;

3. U.S. currency and other illicit gains from the distribution of controlled substances;

4. Address and/or telephone books and papers, including computerized or electronic address and/or telephone records reflecting names, addresses and/or telephone numbers;

5. Books, records, receipts, bank statements, and records, money drafts, and any other items evidencing the obtaining, secreting, transfer, concealment, storage and/or expenditure of money or other assets including, but not limited to, controlled substances and/or money laundering;

6. Documents and papers evidencing ownership of proceeds from the sale of controlled substances, storage and location of such assets and facilities to safely store and secure such items, such as safes, to include lock boxes, and strong boxes;

7.    Photographs of controlled substances and/or firearms and photographs of individuals possessing controlled substances and/or firearms and photographs showing the association of individuals;

8.    Indicia of occupancy, residence, and/or ownership of the premises described herein, including, but not limited to, utility and telephone bills, cancelled envelopes, and keys;

9.    Safes or secured storage containers that could hold narcotics, currency, firearms, or financial paperwork;

10.    Firearms, firearm accessories, ammunition, documents and packaging associated with firearms that may be used or possessed in furtherance of drug trafficking.

11.    Cellular telephones and computers, including the digital devices internal memory and attached data memory cards, located at the premises at the time the warrant is executed, except that cellular telephones may be seized but a separate warrant will be required to search.